# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

12/22/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 3:33:00 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
        CHRIS DANIEL, DISTRICT CLERK
        HARRIS COUNTY, TEXAS

CASE NO:    2014-31147B        COURT:    127TH        TENTATIVE DUE DATE:    1/17/2016

| APPEAL TYPE | REGULAR (MTN FOR NEW TRIAL FILED) | CASE STATUS:    DISPOSED (FINAL) |
|---|---|---|
| APPELLANT: | SENGER CREEK DEVELOPMENT, LLC, JAMES GILBERT, CLAY MOORE, AND TRENTON TOREGROSSA | |
| APPELLEE: | RICHARD FUQUA, THE FUQUA FAMILY LIMITED PARTNERSHIP, AND LEVEL 2 SOLUTIONS, INC. | |

EVENT FILE DATE        12/18/2015        NUMBER OF DAYS: 120

EVENT CODES;    BC, C, OA

FILED BY:    **BRIAN B KILPATRICK**                TBN:    **24074533**

DATE ORDER SIGNED        9/19/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    67178399        VOLUME:            PAGE:

MOTION FOR NEW TRIAL FILING DATE:        : October 19, 2015

NOTES:

**CHRIS DANIEL**
**Harris County, District Clerk**

By:    **/s/DUANE C. GILMORE**
            DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C    JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O    CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

CAUSE NO. 2014-31147-A
CAUSE NO. 2014-31147-B

| | | |
|---|---|---|
| SENGER CREEK DEVELOPMENT LLC, JAMES GILBERT, CLAY MOORE, and TRENTON TORREGROSSA, | § § § § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| RICHARD L. FUQUA, II, FUQUA FAMILY LIMITED PARTNERSHIP, LEVEL 2 SOLUTIONS, INC., and IH45 INVESTMENTS, LLC, | § § § § § | |
| Defendants. | § § | 127th JUDICIAL DISTRICT |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to TEX. R. APP. P. 25.1, Plaintiffs Senger Creek Development, LLC, James Gilbert, Clay Moore, and Trenton Torregrossa (collectively, "Plaintiffs"), file this their Notice of Appeal to either the First or Fourteenth Court of Appeals in Houston, Texas. Plaintiffs desire to appeal from the Severance Order signed by the Court on September 19, 2015, a true and correct copy of which is attached hereto as **Exhibit A** and incorporated herein by reference for all purposes. The foregoing Severance Order amended the previous Severance Order signed by the Court on August 19, 2015, a true and correct copy of which is attached hereto as **Exhibit B** and incorporated herein by reference for all purposes.

Pursuant to the Severance Order signed by the Court on September 19, 2015, the Court ordered the Clerk to "docket the severed cause under No. 2014-31147-A with Defendants IH45 Investments, LLC, Richard Fuqua, the Fuqua Family Limited Partnership, and Level 2 Solutions, Inc. as the Defendants and Senger Creek Development, LLC, James Gilbert, Clay Moore, and Trenton Torregrossa as the Plaintiffs."[1] The Severance Order is ambiguous, however, in that it

---

[1] *See* Ex. B.

**PLAINTIFFS' NOTICE OF APPEAL**       1

also purports to sever Plaintiffs' claims against Defendants Richard L. Fuqua, II, Fuqua Family Limited Partnership, and Level 2 Solutions, Inc. into Cause No. 2014-31147-B. Accordingly, Plaintiffs submit that the Severance Order signed on September 19, 2015 is not sufficiently certain and definite as to be a "final" judgment. Plaintiffs further submit that the Severance Order signed by the Court on September 19, 2015 is not "final" because it contemplates future events and requires payment of fees by Defendants, which have not occurred. *Doe v. Pilgrim Rest Baptist Church*, 218 S.W.3d 81 (2007); *Diversified Financial Systems, Inc. v. Hill, Heard, O'Neal,...*, 63 S.W.3d 795 (2001). Out of an abundance of caution, Plaintiffs file this Notice to perfect an appeal of the Severance Order signed on September 19, 2015 as to both Cause Nos. 2014-31147-A and 2014-31147-B.

The Severance Order signed by the Court on September 19, 2015 is the operative judgment in both Cause No. 2014-31147-A and Cause No. 2014-31147-B, and encompasses, but is not limited to, the following orders:

(1) The *Order Granting The Fuqua Defendants' Motion For Partial Summary Judgment On Plaintiffs' Claims For Wrongful Foreclosure And Trespass To Try Title*, signed by the Court on March 6, 2015; a true and correct copy of which is attached hereto as **Exhibit C** and incorporated herein by reference for all purposes.

(2) The *Order* denying in part and granting in part IH45 Investments, LLC's Motion for Summary Judgment, signed by the Court on March 5, 2015; a true and correct copy of which is attached hereto as **Exhibit D** and incorporated herein by reference for all purposes.

(3) The *Order Granting IH45's Motion for Summary Judgment* (superseding the Order attached hereto as Exhibit D), signed by the Court on March 6, 2015; a true and correct

copy of which is attached hereto as **Exhibit E** and incorporated herein by reference for all purposes.

(4) The *Amended Order Granting Defendants' Motion for Partial Summary Judgment On Statute Of Limitations Grounds*, signed by the Court on March 6, 2015, a true and correct copy of which is attached hereto as **Exhibit F** and incorporated herein by reference for all purposes.

(5) The *Order Granting Fuqua Defendants' Objections To Plaintiffs' Cross-Motion For Summary Judgment On Wrongful Foreclosure And Trespass To Try Title* dated March 6, 2015, which is attached hereto as **Exhibit G** and incorporated herein by reference for all purposes. .

This Notice is timely because Plaintiffs timely filed motions for new trial within thirty days after the Severance Orders were signed; and this Notice was filed within ninety days of the most recent Severance Order signed by the Court on September 19, 2015. *See* TEX. R. APP. P. 26.1. This Notice is also timely filed because the previous Severance Order signed by the Court on August 19, 2015 was amended on September 19, 2015 to add additional defendants to the severed action at a time when the Court retained plenary power. TEX. R. APP. P. 4.3(a).

Dated: December 18, 2015.

Respectfully submitted,

WILSON, CRIBBS & GOREN, P.C.

By: */s/ Brian B. Kilpatrick*
Brian B. Kilpatrick, TBN 24074533
Email: bkilpatrick@wcglaw.com
H. Fred Cook, TBN 04732500
Email: hfcook@wcglaw.com
2500 Fannin Street
Houston, Texas 77002
Telephone (713) 222-9000
Facsimile (713) 229-8824
***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, a true and correct copy of the foregoing document was served upon the following parties in accordance with Rule 21(a) of the TEXAS RULES OF CIVIL PROCEDURE:

*Via Efile*
John H. McFarland
JOYCE, MCFARLAND + MCFARLAND, LLP
712 Main Street, Suite 1500
Houston, Texas 77002
Facsimile: 713.513.5577
***Attorneys for Defendants Richard L. Fuqua, II, Level 2 Solutions, Inc., and Fuqua Family Limited Partnership***

*Via Efile*
Reagan M. Brown
Peter C. Tipps
NORTON ROSE FULBRIGHT
1301 McKinney, Suite 5100
Houston, Texas 77010
***Attorneys for Defendant IH45 Investments, LLC***

/s/ Brian B. Kilpatrick
Brian B. Kilpatrick

RECORDER S MEMORANDUM
This instrument is of poor quality
at the time of imaging

8/21/2015 11 38 33 AM
Chris Daniel - District Clerk
Harris County
Envelope No 6598543
By BROOKS, SUSAN N
Filed 8/21/2015 11 38 33 AM
Pgs-12

CAUSE NO 2014-31147-∅

| | | |
|---|---|---|
| SENGER CREEK DEVELOPMENT LLC, *et al* | § § § | IN THE DISTRICT COURT OF |
| v | § § | HARRIS COUNTY, TEXAS |
| RICHARD L FUQUA II, *et al* | § § | 127th JUDICIAL DISTRICT |

### ORDER GRANTING THE FUQUA DEFENDANTS' MOTION FOR SEVERANCE

The Court has considered the Motion for Severance filed by Defendants Richard Fuqua, the Fuqua Family Limited Partnership, and Level 2 Solutions, Inc The motion is GRANTED Accordingly, it is

ORDERED that all causes of action asserted against Defendants Richard Fuqua, the Fuqua Family Limited Partnership, and Level 2 Solutions, Inc by Plaintiffs Senger Creek Development LLC, James Gilbert, Clay Moore, and Trenton Torregrossa are hereby severed It is further

ORDERED that (either)

A    The Clerk is ordered to docket the severed cause under No 2014-31147-A with Defendants IH45 Investments, LLC, Richard Fuqua, the Fuqua Family Limited Partnership, and Level 2 Solutions, Inc as the Defendants and Senger Creek Development LLC, James Gilbert, Clay Moore, and Trenton Torregrossa as the Plaintiffs

B    The Clerk is ordered to docket the severed cause under No 2014-31147-B with Defendants Richard Fuqua, the Fuqua Family Limited Partnership, and Level 2

1

Solutions, Inc as the Defendants and Senger Creek Development LLC, James Gilbert,

Clay Moore, and Trenton Torregrossa as the Plaintiffs

The following documents will be transferred from the original action to the

severed cause of action

| Image No. | Title [Reset Sort] | Date |
|---|---|---|
| 66450435 | The Fuqua Defendants Motion to Sever Claims | 07/31/2015 |
| 66450436 | NOTICE OF SUBMISSION ON THE FUQUA DEFENDANTS MOTION TO SEVER CLAIMS | 07/31/2015 |
| 66433635 | DEFENDANT IH45 S UNOPPOSED MOTION FOR SEVERANCE | 07/30/2015 |
| 66433636 | Exhibit 01 | 07/30/2015 |
| 66433637 | Exhibit 02 | 07/30/2015 |
| 66433638 | Exhibit 03 | 07/30/2015 |
| 66433639 | Notice of Submission | 07/30/2015 |
| 66433640 | Proposed Severance Order | 07/30/2015 |
| 65042611 | ORD SGN DENYING RECONSIDERATION | 04/14/2015 |
| 64970751 | Defendants Objections to Plaintiffs Summary Judgment Evidence | 04/09/2015 |
| 64970752 | Proposed Order on Defendants Objections to Plaintiffs' Summary Judgment Evidence | 04/09/2015 |
| 65033765 | Notice | 04/09/2015 |
| 64883638 | The Fuqua Defendants' Response to Plaintiffs Motion for Reconsideration of Defendants Motion for Summary Judgment | 04/02/2015 |
| 64883639 | Proposed Order Denying Plaintiffs Motion For Reconsideration Of Defendants Motion For Summary Judgment | 04/02/2015 |
| 64814123 | Plaintiffs Motion for Reconsideration of Order Granting Fuqua Defendants Motion For Summary Judgment On Wrongful Foreclosure and Trespass To Try Title | 03/27/2015 |
| 64814125 | Exhibit A | 03/27/2015 |
| 64814126 | Exhibit B | 03/27/2015 |
| 64814196 | Notice of Submission | 03/27/2015 |
| 64814128 | Proposed Order | 03/27/2015 |
| 64518001 | Plaintiffs Objections and Reply to Defendants Response in Opposition to Plaintiffs Motion for Summary Judgment | 03/06/2015 |
| 64518003 | Proposed Order | 03/06/2015 |

| Image No. | Title [Reset Sort] | Date |
|---|---|---|
| 64548145 | ORDER SIGNED QUASHING DEPOSITION | 03/06/2015 |
| 64548146 | ORDER SIGNED GRANTING OBJECTIONS TO INTERROGATORIES | 03/06/2015 |
| 64570010 | ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED | 03/06/2015 |
| 64570011 | ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED | 03/06/2015 |
| 64570012 | ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED | 03/06/2015 |
| 64503566 | Fuqua Defendants Reply in Support of Their Motion for Summary Judgment as To Wrongful Foreclosure and Trespass To Try Title Claims | 03/05/2015 |
| 64503686 | The Fuqua Defendants Motion to Quash the Deposition of Richard I Fuqua II | 03/05/2015 |
| 64503687 | Exhibit A | 03/05/2015 |
| 64548135 | MOTION FOR PARTIAL SUMMARY JUDGMENT GRNTD IN PART | 03/05/2015 |
| 64570006 | ORDER SIGNED QUASHING DEPOSITION | 03/05/2015 |
| 64455103 | Notice of Submission on Fuqua Defendants Motion to Quash Plaintiffs' Deposition on Written Questions to Icon Bank and Motion for Protection | 03/02/2015 |
| 64457777 | Defendant IH45 Investments Designation of Expert Witnesses | 03/02/2015 |
| 64457778 | Exhibit 1 | 03/02/2015 |
| 64457779 | Exhibit 2 | 03/02/2015 |
| 64457781 | Exhibit 3 | 03/02/2015 |
| 64457782 | Exhibit 4 | 03/02/2015 |
| 64426318 | Plaintiffs Surreply to IH45 Investments LLC s Reply To Plaintiffs Response In Opposition to Motion for Summary Judgment | 02/27/2015 |
| 64436675 | Fuqua Defendants Response to Plaintiffs Cross-Motion for Partial Summary Judgment on Wrongful Foreclosure and Trespass to Try Title Claims | 02/27/2015 |
| 64436676 | Exhibit A | 02/27/2015 |
| 64436677 | Exhibit B | 02/27/2015 |
| 64438196 | Fuqua Defendants Objections to Summary Judgment Evidence Referenced by Plaintiffs Cross-Motion for Partial Summary Judgment on Wrongful Foreclosure and Trespass to Try Title Claims | 02/27/2015 |
| 64438198 | Exhibit 1 | 02/27/2015 |
| 64438199 | Proposed Order Granting Fuqua Defendants Objections to Summary Judgment Evidence Referenced by Plaintiffs Cross Motion for Partial Summary Judgment on Wrongful Foreclosure and Trespass to Try Title Claims | 02/27/2015 |
| 64447644 | Plaintiffs Objections and Response in Opposition to Fuqua Defendants Motion for Partial Summary Judgment on Wrongful Foreclosure and Trespass to Try Title | 02/27/2015 |
| 64447649 | Exhibit 3 | 02/27/2015 |

3

| Image No. | Title [Reset Sort] | Date |
|---|---|---|
| > 64447647 | Exhibit 1 | 02/27/2015 |
| > 64447656 | Exhibit 10 | 02/27/2015 |
| > 64447657 | Exhibit 11 | 02/27/2015 |
| > 64447648 | Exhibit 2 | 02/27/2015 |
| > 64447650 | Exhibit 4 | 02/27/2015 |
| > 64447652 | Exhibit 6 | 02/27/2015 |
| > 64447653 | Exhibit 7 | 02/27/2015 |
| > 64447654 | Exhibit 8 | 02/27/2015 |
| > 64447655 | Exhibit 9 | 02/27/2015 |
| > 64447645 | Exhibit A | 02/27/2015 |
| > 64447646 | Exhibit B | 02/27/2015 |
| > 64447651 | Exhibit 5 | 02/27/2015 |
| > 64447658 | Proposed Order | 02/27/2015 |
| 64447664 | Defendants HI45 Investments Response to Plaintiffs Cross Motion for Partial Summary Judgment | 02/27/2015 |
| > 64447665 | Exhibit 1 | 02/27/2015 |
| > 64447674 | Exhibit 10 | 02/27/2015 |
| > 64447675 | Exhibit 11 | 02/27/2015 |
| > 64447676 | Exhibit 12 | 02/27/2015 |
| > 64447677 | Exhibit 13 | 02/27/2015 |
| > 64447666 | Exhibit 2 | 02/27/2015 |
| > 64447667 | Exhibit 3 | 02/27/2015 |
| > 64447668 | Exhibit 4 | 02/27/2015 |
| > 64447669 | Exhibit 5 | 02/27/2015 |
| > 64447670 | Exhibit 6 | 02/27/2015 |
| > 64447671 | Exhibit 7 | 02/27/2015 |
| > 64447672 | Exhibit 8 | 02/27/2015 |
| > 64447673 | Exhibit 9 | 02/27/2015 |

4

| Image No. | Title [Reset Sort] | Date |
|---|---|---|
| 64417448 | Fuqua Defendants' Motion to Quash the Plaintiffs Deposition on Written Questions to Icon Bank and Motion for Protection | 02/26/2015 |
| > 64417449 | Exhibit 1 | 02/26/2015 |
| > 64417451 | Notice of Oral Hearing on Fuqua Defendants Motion to Quash the Plaintiffs Deposition on Written Questions to Icon Bank and Motion for Protection | 02/26/2015 |
| > 64417450 | Proposed Order Granting Fuqua Defendants Motion to Quash the Plaintiffs Deposition on Written Questions to Icon Bank and Motion for Protection | 02/26/2015 |
| 64399483 | Defendant IH45 Investments I I C s Reply to Plaintiffs Second Amended Response in Opposition to IH45 s Motion for Summary Judgment | 02/25/2015 |
| 64347849 | Plaintiffs Second Amended Objections and Response in Opposition to IH45 Investments LLC's Motion for Summary Judgment on Wrongful Foreclosure | 02/20/2015 |
| > 64347852 | Exhibit 1 | 02/20/2015 |
| > 64347861 | Exhibit 10 | 02/20/2015 |
| > 64347862 | Exhibit 11 | 02/20/2015 |
| > 64347863 | Exhibit 12 | 02/20/2015 |
| > 64347864 | Exhibit 13 | 02/20/2015 |
| > 64347865 | Exhibit 14 | 02/20/2015 |
| > 64347866 | Exhibit 15 | 02/20/2015 |
| > 64347867 | Exhibit 16 | 02/20/2015 |
| > 64347868 | Exhibit 17 | 02/20/2015 |
| > 64347869 | Exhibit 18 | 02/20/2015 |
| > 64347853 | Exhibit 2 | 02/20/2015 |
| > 64347854 | Exhibit 3 | 02/20/2015 |
| > 64347855 | Exhibit 4 | 02/20/2015 |
| > 64347856 | Exhibit 5 | 02/20/2015 |
| > 64347857 | Exhibit 6 | 02/20/2015 |
| > 64347858 | Exhibit 7 | 02/20/2015 |
| > 64347859 | Exhibit 8 | 02/20/2015 |
| > 64347860 | Exhibit 9 | 02/20/2015 |
| > 64347850 | Exhibit A | 02/20/2015 |
| > 64347851 | Exhibit B | 02/20/2015 |
| > 64347870 | Proposed Order | 02/20/2015 |

| Image No. | Title [Reset Sort] | Date |
|---|---|---|
| 64347889 | Defendants Motion to Quash Plaintiffs Notice of Deposition of Richard L Fuqua II | 02/20/2015 |
| > 64347890 | Exhibit 1 | 02/20/2015 |
| > 64347892 | Notice of Submission | 02/20/2015 |
| > 64347891 | Proposed Order Granting Defendants Motion to Quash Plaintiffs Notice of Deposition of Richard L Fuqua II | 02/20/2015 |
| 64302741 | Plaintiffs Re-Designation of Attorney in Charge | 02/18/2015 |
| 64249136 | Plaintiffs Cross Motion for Partial Summary Judgment on Wrongful Foreclosure and Trespass to try Title | 02/14/2015 |
| > 64249137 | Affidavit of James A Gilbert | 02/14/2015 |
| > 64249138 | Exhibit 1 | 02/14/2015 |
| > 64249139 | Exhibit 2 | 02/14/2015 |
| > 64249140 | Exhibit 3 | 02/14/2015 |
| > 64249141 | Exhibit 7 | 02/14/2015 |
| > 64242508 | Notice of Oral Hearing | 02/13/2015 |
| > 64208791 | Proposed Order | 02/11/2015 |
| 64141728 | Defendants Motion for Partial Summary Judgment on Wrongful Foreclosure and Trespass to Try Title Claims | 02/06/2015 |
| > 64141732 | Defendants Notice of Oral Hearing on Motion for Partial Summary Judgment on Wrongful Foreclosure and Trespass to Try Title Claims | 02/06/2015 |
| > 64141729 | Exhibit A | 02/06/2015 |
| > 64141730 | Exhibit B | 02/06/2015 |
| > 64141731 | Proposed Order | 02/06/2015 |
| 64088261 | Plaintiffs Designation of Expert Witnesses | 02/02/2015 |
| > 64088262 | Exhibit A | 02/02/2015 |
| > 64088263 | Exhibit B | 02/02/2015 |
| > 64088264 | Exhibit C | 02/02/2015 |
| > 64088265 | Exhibit D | 02/02/2015 |
| 64004028 | Defendants Motion for Nunc Pro Tunc Correction of the Order Granting Motion for Partial Summary Judgment | 01/28/2015 |
| > 64004032 | Defendants Notice of Oral Hearing on Motion for Nunc Pro Tunc Correction of the Order Granting Motion for Partial Summary Judgment | 01/28/2015 |
| > 64004029 | Exhibit A | 01/28/2015 |
| > 64004030 | Exhibit B | 01/28/2015 |

6

| Image No. | Title [Reset Sort] | Date |
|---|---|---|
| > 64004031 | Proposed Order | 01/28/2015 |
| 63975898 | Defendants Notice of Change of Contact Information | 01/26/2015 |
| 63956747 | ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED ORDER SIGNED GRANTING MOTION TO DISMISS | 01/22/2015 01/22/2015 |
| 63899429 | Defendants Reply in Support of Their Motion for Partial Summary Judgment on Statute of Limitations Grounds | 01/20/2015 |
| > 63899430 | Proposed Order Granting Defendants Motion for Partial Summary Judgment on Statute of Limitations Grounds | 01/20/2015 |
| 63878204 | Plaintiffs First Amended Objections and Response In Opposition to the Fuqua Defendants Motion for Summary Judgment | 01/16/2015 |
| > 63878207 | Exhibit 1 | 01/16/2015 |
| > 63878215 | Exhibit 10 | 01/16/2015 |
| > 63878208 | Exhibit 2 | 01/16/2015 |
| > 63878209 | Exhibit 3 | 01/16/2015 |
| > 63878210 | Exhibit 4 | 01/16/2015 |
| > 63878211 | Exhibit 5 | 01/16/2015 |
| > 63878212 | Exhibit 6 | 01/16/2015 |
| > 63878213 | Exhibit 7 | 01/16/2015 |
| > 63878214 | Exhibit 8 | 01/16/2015 |
| > 63878205 | Exhibit A | 01/16/2015 |
| > 63878206 | Exhibit B | 01/16/2015 |
| > 63878216 | Proposed Order | 01/16/2015 |
| 63865711 | Plaintiffs Objections and Response In Opposition To Fuqua Defendants Motion for Summary Judgment | 01/15/2015 |
| > 63865714 | Exhibit 1 | 01/15/2015 |
| > 63865715 | Exhibit 2 | 01/15/2015 |
| > 63865716 | Exhibit 3 | 01/15/2015 |
| > 63865717 | Exhibit 4 | 01/15/2015 |
| > 63865718 | Exhibit 5 | 01/15/2015 |
| > 63865720 | Exhibit 6 | 01/15/2015 |
| > 63865719 | Exhibit 7 | 01/15/2015 |

| Image No. | Title [Reset Sort] | Date |
|---|---|---|
| > 63865721 | Exhibit 8 | 01/15/2015 |
| > 63865722 | Exhibit 9 | 01/15/2015 |
| > 63865712 | Exhibit A | 01/15/2015 |
| > 63865713 | Exhibit B | 01/15/2015 |
| 63761612 | Defendant IH45 Investments Reply in Support of its Motion for Summary Judgment | 01/07/2015 |
| 63725050 | Plaintiffs First Amended Objections and Response In Opposition To IH45 Investments LLC s Motion for Summary Judgment | 01/05/2015 |
| > 63725053 | Exhibit 1 | 01/05/2015 |
| > 63725061 | Exhibit 10 | 01/05/2015 |
| > 63725062 | Exhibit 11 | 01/05/2015 |
| > 63725063 | Exhibit 12 | 01/05/2015 |
| > 63725064 | Exhibit 13 | 01/05/2015 |
| > 63725065 | Exhibit 14 | 01/05/2015 |
| > 63725066 | Exhibit 15 | 01/05/2015 |
| > 63725054 | Exhibit 2 | 01/05/2015 |
| > 63725067 | Exhibit 3 | 01/05/2015 |
| > 63725055 | Exhibit 4 | 01/05/2015 |
| > 63725056 | Exhibit 5 | 01/05/2015 |
| > 63725057 | Exhibit 6 | 01/05/2015 |
| > 63725058 | Exhibit 7 | 01/05/2015 |
| > 63725059 | Exhibit 8 | 01/05/2015 |
| > 63725060 | Exhibit 9 | 01/05/2015 |
| > 63725051 | Exhibit A | 01/05/2015 |
| > 63725052 | Exhibit B | 01/05/2015 |
| > 63725068 | Proposed Order | 01/05/2015 |
| 63711724 | Plaintiffs Objections Special Exceptions and Response In Opposition to IH45 Investments LLC s Motion for Summary Judgment | 01/03/2015 |
| > 63711735 | Exhbit 8 | 01/03/2015 |

| Image No. | Title [Reset Sort] | Date |
|---|---|---|
| > 63711728 | Exhibit 1 | 01/03/2015 |
| > 63711737 | Exhibit 11 | 01/03/2015 |
| > 63711738 | Exhibit 12 | 01/03/2015 |
| > 63711739 | Exhibit 13 | 01/03/2015 |
| > 63711740 | Exhibit 14 | 01/03/2015 |
| > 63711741 | Exhibit 15 | 01/03/2015 |
| > 63711729 | Exhibit 2 | 01/03/2015 |
| > 63711730 | Exhibit 3 | 01/03/2015 |
| > 63711731 | Exhibit 4 | 01/03/2015 |
| > 63711732 | Exhibit 5 | 01/03/2015 |
| > 63711733 | Exhibit 6 | 01/03/2015 |
| > 63711734 | Exhibit 7 | 01/03/2015 |
| > 63711736 | Exhibit 9 | 01/03/2015 |
| > 63711726 | Exhibit A | 01/03/2015 |
| > 63711727 | Exhibit B | 01/03/2015 |
| 63685061 | Defendants Second Amended Notice of Oral Hearing on Motion for Partial Summary Judgment on Statute of Limitations Grounds | 12/31/2014 |
| 63657878 | Plaintiffs First Amended Original Petition | 12/29/2014 |
| > 63657879 | Exhibit 1 | 12/29/2014 |
| > 63657880 | Exhibit B | 12/29/2014 |
| > 63657881 | Exhibit C | 12/29/2014 |
| 63475901 | Defendants Amended Notice of Oral Hearing on Motion for Partial Summary Judgment on Statute of Limitations Grounds | 12/11/2014 |
| 63448901 | Notice of Oral Hearing | 12/09/2014 |
| 63448902 | Defendant IH45 Investments LLC S Motion for Summary Judgment | 12/09/2014 |
| > 63448903 | Exhibit 1 | 12/09/2014 |
| > 63448913 | Exhibit 10 | 12/09/2014 |
| > 63448914 | Exhibit 11 | 12/09/2014 |

9

| Image No. | Title [Reset Sort] | Date |
|---|---|---|
| > 63448915 | Exhibit 11-A | 12/09/2014 |
| > 63448916 | Exhibit 12 | 12/09/2014 |
| > 63448917 | Exhibit 13 | 12/09/2014 |
| > 63448918 | Exhibit 14 | 12/09/2014 |
| > 63448919 | Exhibit 15 | 12/09/2014 |
| > 63448920 | Exhibit 16 | 12/09/2014 |
| > 63448921 | Exhibit 17 | 12/09/2014 |
| > 63448922 | Exhibit 18 | 12/09/2014 |
| > 63448923 | Exhibit 19 | 12/09/2014 |
| > 63448904 | Exhibit 2 | 12/09/2014 |
| > 63448924 | Exhibit 20 | 12/09/2014 |
| > 63448925 | Exhibit 21 | 12/09/2014 |
| > 63448905 | Exhibit 3 | 12/09/2014 |
| > 63448906 | Exhibit 4 | 12/09/2014 |
| > 63448907 | Exhibit 5 | 12/09/2014 |
| > 63448908 | Exhibit 6 | 12/09/2014 |
| > 63448909 | Exhibit 7 | 12/09/2014 |
| > 63448910 | Exhibit 8 | 12/09/2014 |
| > 63448911 | Exhibit 8-A | 12/09/2014 |
| > 63448912 | Exhibit 9 | 12/09/2014 |
| > 63448926 | Exhibit A | 12/09/2014 |
| > 63448927 | Proposed Order granting defendant IH45 s motion for summary judgment | 12/09/2014 |
| 63350572 | Richard L Fuqua's II's Second Amended Answer | 12/02/2014 |
| 63350923 | Level 2 Solutions Inc s Second Amended Answer | 12/02/2014 |
| 63350929 | Fuqua Family Limited Partnership s Second Amended Answer | 12/02/2014 |
| 63237232 | Defendants Motion for Partial Summary Judgment on Statute of Limitations Grounds | 11/19/2014 |

10

| Image No. | Title [Reset Sort] | Date |
|---|---|---|
| > 63237235 | Defendants Notice of Oral Hearing on Motion for Partial Summary Judgment on Statute of Limitations Grounds | 11/19/2014 |
| > 63237233 | Exhibit A | 11/19/2014 |
| > 63237234 | Proposed Order Granting Defendants Motion for Partial Summary Judgment on Statute of Limitations Grounds | 11/19/2014 |
| 62527662 | ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | 09/16/2014 |
| 62302877 | Richard L Fuqua II s First Amended Answer | 09/11/2014 |
| 62303011 | Level 2 Solutions Inc s First Amended Answer | 09/11/2014 |
| 62303168 | Fuqua Family Limited Partnership s First Amended Answer | 09/11/2014 |
| 62264667 | Richard L Fuqua s and Fuqua & Associates P C s Unopposed Motion to Withdraw as Counsel | 09/08/2014 |
| 62264668 | Proposed Order Granting Richard L Fuqua s and Fuqua & Associates P C s Unopposed Motion to Withdraw as Counsel | 09/08/2014 |
| 62221233 | Notice of Appearance as Counsel of Record for Richard L Fuqua II Level 2 Solutions Inc and Fuqua Family Limited Partnership and Designation of Attorney in Charge EFSP OFS | 09/04/2014 |
| 62006044 | Fuqua Defendants Certificate of Written Discovery | 08/18/2014 |
| 62129249 | Docket Control Order | 08/13/2014 |
| 61917702 | Fuqua Defendants Certificate of Written Discovery | 08/11/2014 |
| 61810584 | Defendant IH45 Investments Original Answer and Special Exception to Plaintiffs Original Petition | 08/01/2014 |
| 61548081 | Defendant s Original Answer | 07/11/2014 |
| 61432284 | Rule 11 Agreement | 07/02/2014 |
| 61411245 | Defendant s Original Answer | 07/01/2014 |
| 61140132 | Civil Process Pick Up Form | 06/06/2014 |
| 61016750 | Plaintiffs Original Petition and Request for Disclosure | 05/30/2014 |
| > 61016751 | Exhibit 1 | 05/30/2014 |
| > 61016752 | Exhibit 2 | 05/30/2014 |
| > 61016753 | Exhibit 3 | 05/30/2014 |

11

It is further ORDERED (either)

A     Defendants IH45 Investments, LLC, Richard Fuqua, the Fuqua Family Limited Partnership, and Level 2 Solutions, Inc will pay for the severed case The severed cause of action, No 2014-31147-A, will be final

B     Defendants Richard Fuqua, the Fuqua Family Limited Partnership, and Level 2 Solutions, Inc will pay for the severed case The severed cause of action, No 2014-31147-B, will be final

SIGNED this ____ day of August, 2015

Signed
9/19/2015

_____

HON RAVI SANDILL

12

```
JUFC7 (NSK#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    DEC 22, 2015(C1)
INT6510                  CIVIL CASE INTAKE              OPT: _____ - INT
                       GENERAL PARTY INQUIRY           PAGE:   1 -    1

CASE NUM: 201431147B_ PJN> __  TRANS NUM: _____ CURRENT COURT: 127 PUB? _
CASE TYPE: REAL ESTATE                   CASE STATUS: DISPOSED (FINAL)
STYLE: SENGER CREEK DEVELOPMENT LLC      VS FUQUA, RICHARD L II
=============================================================================
                       **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME            PTY   ASSOC. ATTY
  NUM    NUMBER                                         STAT
_     00007-0001 PLT 24040864 TORREGROSSA, TRENTON            ELLZEY, JARRE
_     00006-0001 PLT 24040864 MOORE, CLAY                     ELLZEY, JARRE
_     00005-0001 PLT 24040864 GILBERT, JAMES                  ELLZEY, JARRE
_     00004-0001 DEF 00794270 LEVEL 2 SOLUTIONS INC           MCFARLAND, JO
_     00003-0001 DEF 00794270 FUQUA FAMILY LIMITED PARTNERSH  MCFARLAND, JO
_     00002-0001 DEF 00794270 FUQUA, RICHARD L II             MCFARLAND, JO
_     00001-0001 PLT 24040864 SENGER CREEK DEVELOPMENT LLC    ELLZEY, JARRE


==> (7) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```